UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br><br>         Plaintiff,    )<br>    )<br>    v.    )<br>    )<br>    )<br>SHAWAN ISHMILL SPRAGANS,    )<br>    )<br>         Defendant.    )<br>_____ ) | No.  CR 05-00271 SBA<br><br>ORDER CONTINUING<br>CHANGE OF PLEA, JUDGMENT, AND<br>SENTENCING UNTIL OCTOBER 25,<br>2005, AND EXCLUDING TIME UNDER<br>THE SPEEDY TRIAL ACT, 18 U.S.C. §<br>3161(h)(1)(i) from July 28, 2005 through<br>October 25, 2005 |

ORDER

    For the reasons set forth in the stipulation,

1. The above-captioned case is continued until October 25, 2005 at 10:00 a.m. for change of plea, judgment, and sentencing.

2. The period between July 28, 2005 and October 25, 2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(I), as a delay resulting from consideration by the Court of the proposed binding plea agreement to be entered into by the defendant and the attorney for the government, a copy of which the Court received on July 27, 2005.

IT IS SO ORDERED.

DATED: _7-28-05_

/s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge