

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 3 0 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA )
)
vs. )   Docket Number: CR 05-00271-1 SBA
)
Shawan I. Spragans )
)

**U.S. Probation Officer are directed to serve this order upon all other parties in this action.**

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __October 25, 2005__ be continued until __November 8, 2005__ at __10:00 am__.

Date: 8-30-05

Saundra Brown Armstrong
United States District Judge

NDC-PSR-009 12/06/04