# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| | ) | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) | |
| Shawan Spragans | ) | USDC Case Number: CR-05-00271-001 YGR |
| | ) | BOP Case Number: DCAN405CR00271-001 |
| | ) | USM Number: 97633-011 |
| | ) | Defendant's Attorney: Linda Ann Fullerton (Appointed) |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s): 1 through 14 of the term of supervision.

☐ was found in violation of condition(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Standard condition number seven | March 2, 2016 |
| Two, Four, Five, Twelve | Statutory condition that the offender shall not commit another federal, state or local crime | April 21, 2016 |
| Three | Standard condition number nine | April 21, 2016 |
| Six, Seven | Statutory condition that the offender shall not commit another federal, state or local crime | March 3, 2016 |
| Eight, Nine | Statutory condition that the offender shall not commit another federal, state or local crime | March 20, 2016 |
| Ten, Eleven | Statutory condition that the offender shall not commit another federal, state or local crime | April 7, 2016 |
| Thirteen | Statutory condition that the offender shall not commit another federal, state or local crime | July 17, 2015 |
| Fourteen | Standard condition number one | July 17, 2015 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4924

Defendant's Year of Birth: 1975

City and State of Defendant's Residence:
Oakland, California

4/27/2017
Date of Imposition of Judgment

*[signature]*
Signature of Judge

The Honorable Yvonne Gonzalez Rogers
United States District Judge
Name & Title of Judge

May 10, 2017
Date Signed

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
36 months, to be served consecutive to the 240 months ordered in Docket 4:16CR00292-1 YGR, with no term of supervised release to follow.

☑ The Court makes the following recommendations to the Bureau of Prisons: The Court recommends that the defendant participate in the Bureau of Prisons Residential Drug Abuse Treatment Program. The defendant shall be designated to the Bureau of Prisons' facility at Atwater, California or an institution near Northern California to facilitate visitation with his family.

☑ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL